IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **PAUL WINSTON PERRY,** | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-02468 |
| **GOODWILL INDUSTRIES OF HOUSTON** | § | |
| Defendant | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

**BEFORE THE COURT** is the Unopposed Stipulation of Dismissal with Prejudice filed by Plaintiff Paul Winston Perry, ("Plaintiff"). Being of the opinion that such Unopposed Stipulation of Dismissal with Prejudice voluntarily resolves the claims in this case, and this case should be dismissed with prejudice pursuant to said Stipulation, it is hereby:

**ORDERED, ADJUDGED**, and **DECREED** that all of Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**, with costs of court and attorney fees being assessed against the party incurring same.

**IT IS FURTHER ORDERED** that this Order constitutes a full and final Judgment pursuant to Federal Rule of Civil Procedure 41(a).

**IT IS FURTHER ORDERED** that the Clerk of the Court CLOSE this case.

It is so **ORDERED**.

SIGNED this 24th day of July, 2023.

Hon. Charles Eskridge
United States District Judge